**FILED**

JUL 15 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. KEEGAN ALLAN STRELNIK, Defendant - Appellant. | No. 25-3124 D.C. No. 9:24-cr-00053-DLC-1 District of Montana, Missoula ORDER |

Before: SILVERMAN and VANDYKE, Circuit Judges.

The motion (Docket Entry No. 5) for bail pending appeal is denied. Appellant may file a new motion for bail with this court if the district court denies his currently pending bail motion. *See* Fed. R. App. P. 9(b); 9th Cir. R. 9-1.2(a).

The motion (Docket Entry No. 4) to stay appellate proceedings will be addressed by separate order.

Briefing is stayed.